IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID C. TRAUB, RICHARD O. CABAEL, WILLIAM R. SOTKA, ERN ANDREW GREGORIO, GLORIA GISELDA N. ARROYO, WINELDA C. YCOY, SIMON U. CABAEL, and CHRISTOPHER R. ASIS,<br><br>Plaintiffs,<br><br>v.<br><br>STARDUST389, INC.; AIRLOCK389, INC.; CHRISTOPHER H. COOPER, and PATRICIA ANN BELLASALMA,<br><br>Defendants. | Civil Action No. 22-1582-SRF |

### ORDER

At Wilmington this **4th** day of **December, 2023**, having reviewed the Motion for Electronic Filing Rights filed by defendant Patricia Ann Bellasalma, IT IS ORDERED THAT the motion (D.I. 86) is DENIED without prejudice for failure to comply with the Court's requirements for extending e-filing privileges to *pro se* litigants set forth on the Court's website. *See* https://www.ded.uscourts.gov/registrationtraining. Bellasalma may refile the motion in a form that complies with the Court's requirements: "The Pro Se party must indicate that they have independently reviewed all of the materials and related topics on the Court's web site, and have a PACER account." *Id.* The Clerk of Court shall cause a copy of this Order to be mailed to Bellasalma.

Sherry R. Fallon
United States Magistrate Judge